JKM

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Yak Atakit Madut, | ) | No. CV 05-0666-PHX-DGC (CRP) |
| Petitioner, | ) | **ORDER TO SHOW CAUSE** |
| vs. | ) | |
| Alberto Gonzales, et al., | ) | |
| Respondents. | ) | |

Petitioner Yak Atakit Madut has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 alleging that immigration officials were improperly holding him in mandatory detention without parole. A review of the online Federal Inmate Locator, at http://www.bop.gov, however, indicates that Petitioner was released from custody on October 21, 2005. Accordingly, it appears that Petitioner has obtained the relief that he sought in this action and that the action is now moot.

**IT IS ORDERED** that Petitioner shall have ten (10) days from the date this Order is filed within which to file a response to this Order showing good cause why this action should not be dismissed as moot.

//

//

//

**JDDL**

1  //

2  **IT IS FURTHER ORDERED** that the Clerk of Court shall enter a judgment of
3  dismissal of this action as moot without further order of the Court if a response to this
4  Order is not filed within ten (10) days of the date this Order is filed.

5  DATED this 9th day of November, 2005.

*[signature]*
David G. Campbell
United States District Judge